David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

**TO BE FILED UNDER SEAL**

United States District Court
District of Columbia

_____
)
United States of America ex rel. )
TZAC, Inc., )
)   Case: 1:21−cv−03403
)   Assigned To : Cobb, Jia M.
Qui Tam Relator Address: )   Assign. Date : 12/30/2021
)   Description: Gen. Civil (E−DECK)
305 Broadway Suite 601 )
New York, NY 10007 )
)
)
            Plaintiff-Relator, )
)
        - against - )   Index No.:
)
A Jewish Voice for Peace, Inc. )   **COMPLAINT**
P.O. Box 15320 )
Washington DC )
20003 )
)
            Defendant. )
_____)

Plaintiff-Relator, complaining of the Defendant by its attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.      Nature of the Case**

1.      This is a false claims act claim.  The Qui Tam Plaintiff and Relator, TZAC, Inc. ("The Zionist Advocacy Center" or "Relator"), alleges that the Defendant obtained disaster relief by fraudulently representing the nature of its operations.

**II.     Parties**

2.      Defendant A Jewish Voice for Peace, Inc. ("Jewish Voice for Peace") is a not-for-profit corporation which operates in Berkeley California and Washington DC.   Jewish Voice for Peace describes its mission as follows:

> Jewish Voice for Peace was started in 1996 in the San Francisco Bay Area by three UC Berkeley undergrads as an all-volunteer Israel and Palestine peace group. In 2002, members decided to build a larger grassroots base that could one

day change US policies towards the region. Funds were raised then, as now, through a grassroots campaign focused mostly on small individual donors.

Today, JVP is a national organization closely connected to a growing grassroots base. We have 200,000 supporters on our email list, 10,000 individual donors, over 60 chapters across the United States, a staff of 28; a Rabbinic Council; an Artists' Council; an Academic Advisory Council; a Health Council; a youth wing; and an Advisory Board consisting of some of the best-known Jewish thinkers of our time.

JVP is a community of people dedicated to supporting and leading winnable campaigns to change US policy, shift US discourse, and even the playing field in order to create the political conditions that will allow Israelis and Palestinians to achieve a just and lasting peace.

2. Relator TZAC, Inc. ("The Zionist Advocacy Center" or "Relator" or "Plaintiff") is a New York business corporation with a principle place of business in the State of New York, County of New York.

### III. Compliance With Requirements of Suit

3. This matter has been or will be filed under seal pursuant to 31 U.S.C. Section 3730(b); at or about the same time, a copy of the Complaint, Sealing Order, and Relator's disclosure of evidence were or will be served on the Department of Justice and the United States Attorney for the District of Washington DC.

4. Relator will not serve the Complaint or any other papers in this matter until and unless it becomes unsealed. Thus, if the Complaint is served on the Defendant, it means that the matter has been duly unsealed.

### IV. Jurisdiction and Venue

5. This Court has jurisdiction pursuant to 31 U.S.C. Section 3732(a) which provides that this type of action may be brought in any district where the Defendant resides or transacts business. In this case, the Defendant maintains a government affairs liason in the District of Columbia and regularly engages in lobbying activities. Additionally, Defendant regularly solitics and accepts donations to be transmitted to it at its address in the District of Columbia.

**V.     The Fraudulent Scheme**

6.      The Defendant received Second Round PPP Disaster Relief as follows:

| Date | Amount | Loan Number | Forgiven |
|---|---|---|---|
| January 26, 2021 | $338,817 | 5957008305 | September 7, 2021 |

7.      In order to be eligible for this loan the Defendant had to certify, among other things, as follows:

> The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

8.      At all times relevant to this matter the foregoing certification was completely false and fraudulent.  Indeed, Jewish Voice for Peace states right on its web site that it is "a community of people dedicated to supporting and leading winnable campaigns to change US policy, shift US discourse, and even the playing field in order to create . . . political conditions . . . ."

9.      As a result of this fraudulent certification, Jewish Voice for Peace received some $359,279 in funds of the United States.

**VI.    Cause of Action**

10.     The False Claims Act imposes liability on a person or entity who " knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim"  31 U.S.C. Section 3729(a)(1)(B)

11.     The Courts have held that this can include false statements regarding eligibility to participate in a program.  See *United States ex rel. Kirk v. Schindler Elevator Corp.,* 601 F.3d 94, 116 (2d Cir. 2010), rev'd on other grounds, 131 S.Ct. 1885 (2011) ("[C]laims may be false even though the services are provided as claimed if, for example, the claimant is ineligible to participate in the program.")

12. Thus Jewish Voice for Peace's certification violated the False Claims Act because it was false and required for eligibility for Second Round PPP monies.

**VII.   Relief Sought**

13. On behalf of the government, Relator is seeking judgment for the triple damages and civil penalties set forth in 31 U.S.C. Section 3729.

14. Jewish Voice for Peace received some $338,817 in Second Round PPP Relief. These funds would have been received as a result of the fraudulent certification described above.

15. Accordingly, Relator seeks judgment in the amount of $1,016,451 against Jewish Voice for Peace and in favor of the United States, together with costs, interest, civil penalties, an appropriate qui tam award, and such other and further relief as the Court deems just.

Respectfully submitted,

_____

David Abrams, Attorney at Law
 Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
           December 30, 2021

4