UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     ex rel. TZAC, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 21-3403 (JMC) |
| v. | ) ) ) | **FILED UNDER SEAL** |
| A JEWISH VOICE FOR PEACE, INC., | ) ) | |
| Defendant. | ) ) ) | |

### [PROPOSED] ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. All papers or Orders on file in this matter shall remain under seal, except as previously ordered by this Court; and it is further ordered;

2. This case shall remain under seal for an additional period of ninety days, to December 19, 2024, to permit the parties to complete the administrative payment process that Defendant must follow pursuant to the settlement agreement before the United States moves to lift the seal over specified documents and files a notice of dismissal.


IT IS SO ORDERED,

This _____ day of September 2024.


_____
United States District Judge