UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TZAC, INC., <br><br> Plaintiff, <br><br> v. <br><br> A JEWISH VOICE FOR PEACE, INC., <br><br> Defendant. | Civil Action No. 21-3403 (JMC) |

## **ORDER**

The United States and Relator TZAC, Inc., having filed a Joint Stipulation of Dismissal in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court rules as follows:

IT IS ORDERED that,

1. Relator's Complaint, the United States' Notice of Intervention, the United States' Notice of Intervention, this Order, and all other matters occurring in this action after the date of this Order be unsealed;

2. All other papers or Orders on file in this matter shall remain under seal, except as previously ordered by this Court;

3. All intervened and settled claims described as "Covered Conduct" in the Parties' Settlement Agreement, are dismissed with prejudice as to the United States and to Relator;

4. All other claims in the Civil Action, to the extent that any exist, shall be dismissed with prejudice as to Relator and without prejudice as to the United States;

6. Except as provided in the Settlement Agreement, the parties shall bear their respective costs, including any possible attorneys' fees or other expenses of litigation only with respect to

the intervened and settled claims;

IT IS SO ORDERED,

This 19th day of November 2024.

_____
JIA M. COBB
United States District Judge